968 A.2d 712

IN THE MATTER OF MARIA A. PEDRAZA, AN ATTORNEY AT LAW (ATTORNEY NO. 038072000).

April 21, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–369, concluding that **MARIA A. PEDRAZA** of **EAST BRUNSWICK,** who was admitted to the bar of this State in 2001, should be reprimanded practicing law while ineligible to do so for failure to pay the annual assessment required by *Rule* 1:20–1;

And said conduct being in violation of *RPC* 5.5(1);

And the Court having determined from its review of the matter that an admonition is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **MARIA A. PEDRAZA** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.